# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMIE RASMUSSEN,<br><br>　　　　　Defendant/Judgment Debtor,<br><br>　　v.<br><br>IRA SERVICES,<br><br>　　　　　Garnishee. | Case No. MC19-0165RSL<br><br>ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Jamie Rasmussen, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, IRA Services. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on December 16, 2019. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

Dated this 17th day of December, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT    -2-